**FILED**
Mar 11, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>    v.<br><br>ALFREDO ALVAREZ SANCHEZ,<br>RAUL MUNOZ NAVARRO,<br>INOSENCIO CRUZ,<br><br>                  Defendants. | CASE NO. 1:24-MJ-134-SKO<br><br>ORDER UNSEALING COMPLAINT |

Good cause due to Inosencio Cruz's pending appearance on the Complaint in the Eastern District of California, it is hereby ordered that the case against the above-captioned defendants only, be unsealed. It if further ordered that the redacted copy of the Complaint attached to the government's motion to unseal the Complaint be filed on the public docket.

DATED: 3/11/25

_____
HON. BARBARA A. MCAULIFFE
UNITED STATES MAGISTRATE JUDGE